In the Matter of NEW YORK CHARTER SCHOOL ASSOCIATION et al., Respondents, v M. PATRICIA SMITH, as Commissioner of Labor, Appellant. (Proceeding No. 1.)

In the Matter of FOUNDATION FOR A GREATER OPPORTUNITY et al., Respondents, v M. PATRICIA SMITH, as Commissioner of Labor, et al., Appellants. (Proceeding No. 2.)

Submitted September 8, 2009; decided October 27, 2009

Reported below, 61 AD3d 1091.

Motion by New York State Building & Construction Trades Council, AFL-CIO, for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein granted, three copies of the brief to be served and an original and 24 copies filed within 30 days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SUSAN McDADE, Appellant.

Submitted October 22, 2009; decided October 27, 2009

Reported below, 64 AD3d 884.

Motion to vacate this Court's October 21, 2009 dismissal order granted [see 13 NY3d 834 (2009)].